UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,              21-cv-11224 (CM)

                    *Plaintiffs*,

       -against-

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                    *Defendants*.
------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

Upon the accompanying affirmation of Andrew Ross Sack, Esq., the undersigned respectfully moves this Court to withdraw the appearance of Andrew Ross Sack on behalf of Plaintiffs Cordia Foster and Cislyn Wright in the above-captioned action effective immediately.

                                             Respectfully submitted,

Dated: February 18, 2022
        New York, New York                   The Law Offices of Scott A. Lucas
                                             */s/ Andrew Ross Sack*
                                             Andrew Ross Sack, Esq.
                                             200 Park Avenue, Suite 1700
                                             New York, New York 10166
                                             (646) 632-3737
                                             andrew@lucasemploymentlaw.com