UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,                21-cv-11224 (CM)

                            *Plaintiffs*,

            -against-

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                          *Defendants*.
-----------------------------------------------------------X

## AFFIRMATION OF ANDREW ROSS SACK, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Andrew Ross Sack, an attorney admitted to practice before this Court, and the courts of the State of New York, hereby affirm under penalty of perjury as follows:

1.     I am an associate attorney at the Law Offices of Scott A. Lucas, attorneys for Plaintiffs Cordia Foster and Cislyn Wright ("Plaintiffs") in the above-referenced matter. I submit this affirmation in support of the instant Motion to Withdraw as Counsel of Record.

2.     I am one of the attorneys of record for Plaintiffs in this matter.

3.     I am leaving the Law Offices of Scott A. Lucas for other employment. My last day with the Law Offices of Scott A. Lucas is February 18, 2022.

4.     The Law Offices of Scott A. Lucas will continue its representation of Plaintiffs in this matter.

5.     Accordingly, I respectfully request that (i) the Court grant the motion to withdraw my appearance for Plaintiffs in this action, and (ii) the Clerk be directed to terminate my appearance.

                Respectfully submitted,

Dated: February 18, 2022
      New York, New York        The Law Offices of Scott A. Lucas
                                                   */s/ Andrew Ross Sack*
                                                   Andrew Ross Sack, Esq.
                                                   200 Park Avenue, Suite 1700
                                                 New York, New York 10166
                                                 (646) 632-3737
                                                 andrew@lucasemploymentlaw.com