# MANTEL MCDONOUGH RISO, LLP

410 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10022

ALLAN D. MANTEL*
KEVIN M. McDONOUGH*
GERARD A. RISO

BURTON D. WITMAN
MELISSA B. MANTEL△
MICHAEL M. GROGAN
KERRI A. MCDONOUGH

△ ADMITTED NY & NJ
* FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS

(212) 599-1515

FACSIMILE
(212) 599-6155

WWW.MMRLLP.COM

IVAN W. DREYER
PERRI W. BLITZ

COUNSEL

May 25, 2023

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re: Cordia Foster and Cislyn Verona Wright v. Elyse Dula and Ian Snow (21 CIV 1124 (CM))

Dear Judge McMahon:

I represent Defendants Elyse Dula and Ian K. Snow, a domestic couple. Yesterday, we received the Trial Notice, scheduling trial for July 12, 2023, at 9:30 a.m. I am writing to respectfully request an adjournment of the trial date.

Ms. Dula is pregnant, and her delivery due date is July 10, 2023, just two days before the trial date. As such, we ask that the trial be rescheduled for the Fall, preferably October.

I have conferred with Scott Lucas, attorney for Plaintiffs, and he advises that he does not oppose our request.

The parties do not seek to adjourn the Final Pretrial Conference scheduled for June 13, 2023, at 10:00 a.m. This is the first request for an adjournment of the trial date. Thank you.

Respectfully,

Gerard A. Riso

cc:   Scott A. Lucas, Esq. (By ECF)