UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,        21-cv-11224 (CM)

        *Plaintiffs*,

  -against-

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

        *Defendants*.
------------------------------------------------------------X

**Notice of Motion *in Limine* for an Order Prohibiting Defendants from Mentioning or Eliciting Testimony about Plaintiffs' State Court Wage and Hour Case against Defendants**

  PLEASE TAKE NOTICE that upon the accompanying Declaration of Scott A. Lucas dated May 28, 2023, the accompanying Memorandum of Law, and all prior papers and proceedings herein, Plaintiffs will move this Court pursuant to Rule VII(C) of this Court's Individual Rules, on June 13, 2023, at 9:30 a.m. at the Federal Courthouse at 500 Pearl St., Room 24A, New York, NY 10007, for an Order under Federal Rules of Evidence 402 and 403 for an Order Prohibiting Defendants from Mentioning or Eliciting Testimony about Plaintiffs' State Court Wage and Hour Case against Defendants, and for such other relief as is just.

  PLEASE TAKE FURTHER NOTICE that pursuant to Rule VII(C) of this Court's Individual Rules, any response to this motion is due five days after this motion is filed.

Dated: May 28, 2023    Law Offices of Scott A. Lucas
           600 Mamaroneck Ave., Suite 400
           Harrison, NY 10528
           (646) 342-1139 (direct) / (646) 342-3737 (office)
           scott@lucasemploymentlaw.com
           *Attorneys for Plaintiffs Cordia Foster and Cislyn Wright*

          By: _____
            Scott A. Lucas