UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CORDIA FOSTER and CISLYN VERONA
WRIGHT,                                                   21-cv-11224 (CM)(DF)

                                    Plaintiffs,

    - against -

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                                   Defendants.
-----------------------------------------------------------------------x

# DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* TO PROHIBIT DEFENDANTS FROM MENTIONING OR ELICITING TESTIMONY ABOUT PLAINTIFFS' STATE COURT WAGE AND HOUR CASE AGAINST DEFENDANTS

                                                            Gerard A. Riso
                                                            Mantel McDonough Riso, LLP
                                                           410 Park Avenue, Suite 1720
                                                          New York, New York 10022
                                                          212-599-1515
                                                          Gerard.Riso@MMRLLP.com

Defendants do not object to Plaintiffs' motion to preclude "any evidence or testimony regarding" the New York Labor Law wage and hour case pending in the New York State Supreme Court, Bronx County. (Plaintiffs' MOL at 2.) We agree that the parties should be prohibited from mentioning or eliciting testimony regarding the underlying claims raised in that pending case. The claims raised by Plaintiffs in that action may be unfairly prejudicial to one or all of the parties and may confuse the jury. The trial of the within action is not the proper forum to litigate Plaintiffs' Labor Law wage claims. *See Ragin v. Newburg Enlarged City. Sch. Dist.*, 2011 U.S. Dist. LEXIS 59728, *4, 2011 WL 2183175 (S.D.N.Y. 2011) (Rule 404(b) of the Federal Rules of Evidence "prohibits the admission of evidence of prior acts in order to prove action in conformity with character. . . .")

Dated: New York, New York
June 1, 2023

MANTEL McDONOUGH RISO, LLP

By: _____
Gerard A. Riso (GAR 8465)
410 Park Avenue, 17th Floor
New York, New York 10022
(212) 599-1515
Gerard.Riso@MMRLLP.com
*Attorneys for Defendants*