UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CORDIA FOSTER and CISLYN VERONA
WRIGHT,   21-cv-11224 (CM)(DF)

                              Plaintiffs,

    - against -

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                            Defendants.
------------------------------------------------------------------x

# DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO AN ARREST ON CHARGES THAT WERE DISMISSED/ACQUITTED AND EXPUNGED, AND HAVE NOTHING TO DO WITH THE ISSUES IN THIS CASE

 

Gerard A. Riso
Mantel McDonough Riso, LLP
410 Park Avenue, Suite 1720
New York, New York  10022
212-599-1515
Gerard.Riso@MMRLLP.com

Defendants' do not object to Plaintiffs' motion *in limine* to exclude evidence of Plaintiff Cordia Foster's arrest in New Jersey in 2021 involving an altercation with her boyfriend.

It was not our intention to present such evidence at the trial, and we would have so advised Plaintiffs' counsel had he inquired of us prior to filing this motion.

Dated: New York, New York
       June 1, 2023

                              MANTEL McDONOUGH RISO, LLP

                              By: _____
                                  Gerard A. Riso (GAR 8465)
                              410 Park Avenue, 17th Floor
                              New York, New York 10022
                              (212) 599-1515
                              Gerard.Riso@MMRLLP.com
                              *Attorneys for Defendants*