UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Cordia Foster, et al.,

                                                 21 Civ. 11224 (CM)

              Plaintiff(s),                        AMENDED
                                                          TRIAL NOTICE

       -against-

Elyse Dula, et al.,

              Defendant(s).
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2023

Please take notice that the above captioned matter has been **re-scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, October 12, 2023 at 10:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been re-scheduled for Monday, October 12, 2023 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Dated: June 7, 2023
       New York, New York

                                                          So Ordered

                                                          Colleen McMahon, U.S.D.J