UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CORDIA FOSTER and CISLYN VERONA
WRIGHT,                                             21-cv-11224 (CM)(DF)

                              Plaintiffs,

    - against -

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                              Defendants.
------------------------------------------------------------------x

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, subject to the court's consent, that the trial transcripts had in the trial that was held on October 23, 24, 25 and 26, 2023 (the "Trial Transcripts"), shall be redacted as follows, and the only version of the Trial Transcripts that may be filed with this or any other Court shall comply with and contain such redactions:

1. Any and all references to the children of Defendants shall be redacted so as to block-out the names, including their nicknames, and the references to each such child shall be, starting with the oldest and then in age-order to the youngest, as follows:

    Child No. 1; Child No. 2; Child No. 3; Child No. 4; Child No. 5; and Child No. 6.

2. The respective dates of birth references in the Trial Transcripts shall be redacted to block-out the day of birth and shall only be reference the month and year of birth.

1

Dated: October 31, 2023
    New York, New York

| LAW OFFICES OF SCOTT A. LUCAS | MANTEL MCDONOUGH RISO, LLP |
|---|---|
| *[signature]* | *[signature]* |
| Scott A. Lucas, Esq. | Gerard A. Riso, Esq. |
| 600 Mamaroneck Ave., Suite 400 | 410 Park Avenue, Suite 1720 |
| Harrison, New York 10528 | New York, New York 10022 |
| 646-342-1132 | 212-599-1515 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

So Ordered:

*[signature]*

Hon. Colleen McMahon

10-31-2023