UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Foster et al.,

                       Plaintiffs,                                21 **CIVIL** 11224 (CM)

      -against-                                          **JUDGMENT**

Dula et al.,

                       Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, Plaintiff Cordia Foster has judgment in the amount of $8,800 for New York State Human Rights Law race and color discrimination and harassment claim against Defendant Elyse Dula; for Plaintiff Cislyn Wright in the amount of $8,800 for New York State Human Rights Law race and color discrimination and harassment claim against Defendant Elyse Dula; for Defendants Elyse Dula and Ian Snow on all other claims.

**DATED:** New York, New York
             November 8, 2023

                                                                                      **RUBY J. KRAJICK**
                                                                                      Clerk of Court

So Ordered:
                                                                       BY:

U.S.D.J.                                                                      **Deputy Clerk**