UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,              21-cv-11224 (CM)

                              *Plaintiffs*,

      -against-

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                              *Defendants*.
-----------------------------------------------------------X

## Notice of Motion for An Award of Attorney's Fees and Costs

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the accompanying Declaration of Scott A. Lucas with exhibits annexed thereto, Plaintiffs, by their undersigned counsel, will move the Court (Honorable Coleen McMahon) on December 11, 2023, or at such other time as is scheduled by the Court, at the United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, NY 10007, for an award of attorney's fees and costs against Defendant Elyse Dula pursuant to Fed. R. Civ. P 54 and N.Y. Exec. Law § 297(10).

Dated: November 20, 2023

                                     Law Offices of Scott A. Lucas

                                By:   <u>*/S/ Scott A. Lucas*</u>
                                          Scott A. Lucas
                                          600 Mamaroneck Avenue
                                          Suite 400
                                          Harrison, New York 10528
                                          (direct) (646) 342-1139
                                          (office) (646) 632-3737
                                          scott@lucasemploymentlaw.com
                                          *Attorneys for Plaintiffs*
                                          *Cordia Foster and Cislyn Wright*