UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CORDIA FOSTER and CISLYN VERONA
WRIGHT,                                                        21-cv-11224 (CM)
                                         Plaintiffs,

               - against -


ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,

                                         Defendants.
-----------------------------------------------------------------------x

**NOTICE OF MOTION OF DEFENDANT ELYSE DULA PURSUANT
TO RULES 59 AND 50(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**


**PLEASE TAKE NOTICE** that upon the annexed Declaration of Gerard A. Riso, Esq.;

the  Exhibit thereto; the accompanying Memorandum of Law; and all the papers and proceedings

previously had herein, Defendant Elyse Dula, by her undersigned counsel, will move this Court

(Honorable Coleen McMahon) on December 20, 2023, at 9:30 a.m., or at such other  date and time

scheduled by the Court, at the United States Courthouse, 500 Pearl Street, Courtroom 24A, New

York, New York 1007, for an order: (a) pursuant to Rule 59 of the Federal Rules of Civil

Procedure, vacating the Judgment of liability against Defendant Dula on the claim for racial

discrimination under the New York State Human Rights Law (NYSHRL) and ordering a new trial

with respect thereto (and in such event declining to exercise supplemental jurisdiction over the

remaining state law claim and dismissing said claim without prejudice to refiling in state court);

(b) pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, for judgment in Dula's favor

on said NYSHRL claim; and (c) for such other and further relief as is just and proper.


1

Dated: New York, New York
      December 1, 2023

                                     MANTEL McDONOUGH RISO, LLP


                                     By: /S/ Gerard A. Riso_____
                                          Gerard A. Riso  (GAR 8465)
                                   410 Park Avenue, 17th Floor
                                   New York, New York 10022
                                   (212) 599-1515
                                   Gerard.Riso@MMRLLP.com
                                   *Attorneys for Defendant Elyse Dula*


To:     Scott A. Lucas, Esq.
         Law Offices of Scott A. Lucas
         *Attorney for Plaintiffs*
         600 Mamaroneck Avenue, Suite 400
         Harrison, New York 10528
         646-632-3737
         scott@lucasemploymentlaw.com
         *Attorney for Plaintiffs*