**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,

                       Plaintiffs,                           21 **CIVIL** 11224 (CM)

       -against-                                 **JUDGMENT**
                                                    **For Attorney's Fees**

ELYSE DULA a/k/a ELYSE SNOW
and IAN K. SNOW,
                       Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion dated January 17, 2024 and addendum to decision dated January 19, 2024, Plaintiffs are awarded attorney's fees in the amount of $25,000.00.

**Dated:**  New York, New York
             January 22, 2024

                                                     **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                    **BY:**
                                                     **Deputy Clerk**