UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CORDIA FOSTER and CISLYN WRIGHT,        21 **CIVIL** 11224 (CM)

                  *Plaintiffs*,        [PROPOSED] **AMENDED JUDGMENT**
                                                **For Attorney's Fees and Costs**

    vs.

ELYSE DULA a/k/a ELYSE SNOW and
IAN K. SNOW,

                  *Defendants*.
---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED**:  That for the reasons stated in the Court's Opinion dated January 17, 2024, and addendum to decision dated January 19, 2024, Plaintiffs Cordia Foster and Cislyn Wright are awarded attorney's fees in the amount of $25,000.00 and costs in the amount of $2,766.15, for a total of $27,66.15, against Defendant Elyse Dula a/k/a Elyse Snow. This Amended Judgment is entered against Defendant Elyse Dula a/k/a Elyse Snow only, and supersedes the Judgment entered on January 22, 2024.

Dated: New York, New York
        March ___, 2024

                                                                  RUBY J. KRAJICK
                                                                    Clerk of Court

                                           BY: _____
                                                            Deputy Clerk